# EXHIBIT C














**Polaroid**

## Android Powered Interchangeable Lens Camera
**iM1836**

- Powered by Android 4.1 (Jelly Bean)
- Included 10mm-30mm lens
- 18.1 Mega Pixel
- Built in Peer 2 WIFI (iM1232W)
- Headphone outlet
- HDMI type B output
- Face auto exposure
- HD video
- Panoramic pictures
- ISO up to 3200
- Blink detection
- SD card slot
- Compact micro 4/3 body
- Pop up flash

