# EXHIBIT D



Products    Brands    News    Corporate    Contact    Support

< Back to DIGITALCAMERAS





# Polaroid iM1836
## DIGITALCAMERAS

### Polaroid iM1836

Sakar's Polaroid-brandediM1836 is the first Android-powered compact interchangeable-lens smart camera that makes it easy and fun for anyone to capture outstanding, professional quality images and instantly share them with friends. The 18 megapixel camera features the latest Android 4.1 "Jelly Bean" operating system, the smoothest and fastest Android OS yet, and comes standard with a 10-30mm optical zoom lens. The Polaroid iM1836 camera will also offer consumers the flexibility to explore their creativity with interchangeable lenses.

## Technical Specs

Powered By Android 4.0 (JellyBean)

Included 10mm-30mm Lens

3.5" Touch screen LCD Display

18.1 Mega Pixel

Built in Peer 2 Peer WIFI (iM1232W)

Headphone Output

HDMI Type B Output

Face Auto Exposure

HD Video

Panoramic Pictures

ISO up to 3200

Blink Detection

SD card Slot

Compact Micro 4/3 Body

Pop up Flash

© Sakar 2013

Products    Brands    News    Corporate    Contact    Support

Polaroid iM1836 :: Products :: Sakar