# EXHIBIT E

Amazon.com: Polaroid iM1836 Polaroid iM1836 18MP Compact System Camera with 3.5-Inch LCD- Body Only (Silver): Camera & Photo

Case 1:13-cv-07228-KBF   Document 1-5   Filed 10/11/13   Page 2 of 5

**amazon** Try Prime    Your Amazon.com    Today's Deals    Gift Cards    Sell    Help    Introducing **kindle fire HDX**  From $229 ▸ Pre-order now

Shop by Department | Search All | polaroid im1836 | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Camera & Photo | Deals | Best Sellers | Digital SLRs | Lenses | Compact System Cameras | Point-and-Shoots | Camcorders | Pro Video | Accessories

**Order This Product and Receive 2% Back in Rewards**
See details



## Polaroid iM1836 Polaroid iM1836 18MP Compact System Camera with 3.5-Inch LCD- Body Only (Silver)
by **Polaroid**
Be the first to review this item

Share

Quantity: 1

List Price: $299.99
Price: **$259.51** & FREE Shipping. Details
You Save: $40.48 (13%)

**Usually ships within 2 to 5 weeks.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

- Built in Peer-to-Peer WiFi, Bluetooth capable and downloadable apps
- Includes Face Auto Exposure, HD video and Panoramic Picture capabilites.
- Blink detection and a pop up flash feature
- Compact micro 4/3 body
- Powered by Android 4.0 (JellyBean)

Add to Cart
or
Sign in to turn on 1-Click ordering.

Include
☐ 4-Year Drops & Spills Warranty $48.99

Add to Wish List

**More Buying Choices**
Have one to sell?  Sell on Amazon


**Get 2% Back in Rewards**
Get 2% in Rewards on select compact system cameras, DSLRs, and lenses. Applies only to purchases of products sold by Amazon.com, and does not apply to products sold by third-party merchants and other sellers through the Amazon.com site. Learn more
› See more product promotions

Share your own customer images

## Customers Who Viewed This Item Also Viewed

 Nikon COOLPIX S800c 16 MP Digital Camera with 10x Optical Zoom and built-in Android ...
★★★☆☆ (43)
$196.95 *Prime*

 Pentax Q Black Kit w/ 02 Standard Zoom Lens
★★★★☆ (18)
$239.95 *Prime*

 Polaroid IS2132-BLACK 16MP 21X Zoom Digital Still Camera with 2-Inch ...
★★★☆☆ (10)
$141.89 *Prime*

 Factory Unlocked Samsung Galaxy Camera EK-GC100 8GB White, Android OS, v4.1 ...
★★★★☆ (21)
$349.99

## Special Offers and Product Promotions

- **Get 2% Back in Rewards:** For a limited time only, purchase any qualifying compact system camera, DSLR, or camera lens that is shipped from and sold by Amazon.com and receive 2% back in Rewards, no registration required. Thirty-five days after shipment, your rewards will automatically convert into a promotional code that is automatically applied to your account and can be used on any item that is shipped from and sold by Amazon.com. Learn more

## Technical Details
**Brand Name**: Polaroid
**Model**: iM1836

Amazon.com: Polaroid iM1836 Polaroid iM1836 18MP Compact System Camera with 3.5-Inch LCD- Body Only (Silver): Camera & Photo

Case 1:13-cv-07228-KBF   Document 1-5   Filed 10/11/13   Page 3 of 5

**Optical Sensor Resolution**: 18 MP
**Optical zoom**: 5.6 x
**Minimum focal length**: 10

> See more technical details

## Product Details

**Product Dimensions:** 4.2 x 1 x 2.5 inches ; 1 pounds
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B00C7VWH6U
**Item model number:** iM1836
**Batteries** 1 Nonstandard Battery batteries required. (included)
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #40,714 in Camera & Photo (See Top 100 in Camera & Photo)
**Date first available at Amazon.com:** April 1, 2013

Did we miss any relevant features for this product? **Tell us what we missed.**
Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Product Description

### From the Manufacturer



Powered by the latest Android operating system (Jelly Bean)



This compact, smart camera makes taking photos easy and fun



Featuring a 3.5" touchscreen LCD display

The new 18-megapixel Polaroid iM1836 is the first and only Android-powered, compact, smart camera with an interchangeable lens. Featuring the latest Android 4.1 JellyBean operating system, the iM1836 comes with a 10-30mm optical zoom lens and plenty of features that make taking photos easy and fun.

The Polaroid iM1836 is the first camera of its kind to pair interchangeable lens options, like those previously found only on DSLR cameras, with the intuitive Android operating system. Lightweight and portable, it's a great option for capturing professional quality images and 1080p HD video on the go. Its built-in peer-to-peer Wi-Fi and easy-to-use Polaroid photo sharing apps allow users to immediately upload and share their images via social media. Built-in Bluetooth connectivity pairs the camera with any Bluetooth-enabled device to upload images and video when Wi-Fi isn't available.

### Powered by Android 4.0 Series (Jelly Bean)

The Polaroid iM1836 is powered by the latest Android operating system, called Jelly Bean. Running Jelly Bean 4.1 provides the iM1836 camera with the latest in portable technology and wireless connectivity.

### HD Pictures and Video

The 18-megapixel power of the Polaroid iM1836 gives you true HD pictures and video, including panoramic pictures and and ISO of up to 3200. Additional features include Face Auto Exposure and Blink Detection. A pop-up flash is built in for low-light conditions.

### Included 10mm-30mm Lens

The package includes a 10mm-30mm lens to get you started taking great pictures right away. Lenses are interchangeable on the Polaroid iM1836, letting you get the perfect shot regardless of the location, light setting, or activity level. (Extra lenses are sold separately.)





Lenses are interchangeable on the Polaroid iM1836, letting you get the perfect shot

### 3.5" Touch Screen LCD Display

The LCD display is a large 3.5", with touch controls, so you can quickly navigate menus, make on-the-fly edits, and scan through galleries.

### Built-In Peer-to-Peer Wi-Fi

The Polaroid iM1836 features peer-to-peer Wi-Fi, allowing you to share pictures on the fly wirelessly, without the need for a router. The iM1836 can create an ad-hoc network with another compatible device to share files. Connect to a router to quickly upload pictures and video.

### Bluetooth

Amazon.com: Polaroid iM1836 Polaroid iM1836 18MP Compact System Camera with 3.5-Inch LCD- Body Only (Silver): Camera & Photo

Case 1:13-cv-07228-KBF   Document 1-5   Filed 10/11/13   Page 4 of 5

The iM1836 can also connect to compatible Bluetooth-enable devices to share and upload files.

**Versatile Outputs**

The HDMI Type B output lets you connect your Polaroid to external displays such as monitors and HDTVs. A headphone output lets you monitor audio while filming video. And an SD card slot lets you swap cards for expanded storage on the go.

Product Description

18.1MP DIGITAL CAMERA

**Product Ads from External Websites** (What's this?)   Sponsored Content



**Available Warranties for This Item**

|  |  |  |  |
|---|---|---|---|
| 4-Year Camera/Camcorder Accident Protection Plan... ★★★☆☆ (5) $48.99 | 3-Year Camera/Camcorder Accident Protection Plan... $41.99 | 4-Year Camera/Camcorder Plan ($250-300) $32.99 | 3-Year Camera/Camcorder Plan ($250-300) $27.99 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

**Customer Questions & Answers**

See questions and answers

**Customer Reviews**

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

Advertisement

Amazon.com: Polaroid iM1836 Polaroid iM1836 18MP Compact System Camera with 3.5-Inch LCD- Body Only (Silver): Camera & Photo

Case 1:13-cv-07228-KBF   Document 1-5   Filed 10/11/13   Page 5 of 5

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies |
| **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers | | | | |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy |
| **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | | | | |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes |
| **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | | | | |
| **Soap.com** Health, Beauty & Home Essentials | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys |
| **Zappos** Shoes & Clothing | | | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates