# EXHIBIT F

Case 1:13-cv-07228-KBF   Document 1-6   Filed 10/11/13   Page 2 of 3



### More chances to get what you want

Feedback on our suggestions


Brand New White 18.1MP Polaroid Digit...
$349.95
Buy It Now
Free shipping


Nikon 1 J1 10.1 MP Digital Camera - Red...
$225.00
Buy It Now
Free shipping


Canon EOS 20D 8.2 MP Digital SLR Camera Kit...
$177.50
21 bids


Nikon 1 J1 10.1 MP Digital Camera - Whi...
$179.99
Buy It Now
Free shipping


Nikon 1 J1 10.1 MP Digital Camera - Red...
$187.50
4 bids

### More from the same seller

Feedback on our suggestions


Brand New ASUS MeMO Pad FHD 10 16GB Wi-...
$100.00
33 bids
Free shipping


Brand New In Box 2 Packs (QTY-12) of...
$6.66
9 bids
Free shipping


Brand New In Box 3 Packs (QTY-18) of...
$3.80
3 bids
Free shipping


Brand New In Box 3 Packs (QTY-15) of...
$9.50
10 bids
Free shipping


Brand New Sufix 832 Advanced Superline...
$6.50
4 bids
Free shipping



Click to view larger image and other views





**Brand New White 18.1MP Polaroid Digital Android Camera Kit 10-30mm Lens IM1836**

Item condition: New other (see details)
Ended: Oct 09, 2013  19:41:49 PDT
Sold for: US $349.95
Add to list

Shipping: FREE  Expedited Shipping | See details
Item location: Salem, Alabama, United States
Ships to: United States
Delivery: Estimated within 2-4 business days
Payments: PayPal | See details
Returns: 14 days money back, buyer pays return shipping | Read details
Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
mikeful (1343  )
100% Positive feedback

Save this seller
See other items

Have one to sell?  Sell it yourself

| Description | Shipping and payments |
|---|---|

eBay item number: 200972946652

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New other (see details): A new, unused item with absolutely no signs of wear. The item may be missing the original packaging, ... Read more | Bundled Items: | Flash, Lens, Memory Card, Strap (Neck or Wrist) |
| Megapixels: | 18.1 MP | Model: | IM1836 |
| Optical Zoom: | 10-30MM Lens | Brand: | Polaroid |
| Screen Size: | 3.5 Inch | Type: | Mirrorless Interchangeable Lens |

Up for sale is a Brand New, Never Used White 18.1MP Polaroid Digital Android Camera Kit with Detachable Interchangeable 10-30mm Lens and Flash, 3.5" Touchscreen LCD Display, Wi-Fi and Bluetooth Compatible, Model Number IM1836. This Polaroid Compact Smart Android Digital Camera is the First Android Camera with Interchangeable Lens!

What you see in the pictures is exactly what you will receive.

If You have any questions please ask and I will assist you promptly.

FREE USPS Priority Mail Shipping to the Lower 48 US States only!

SORRY! NO INTERNATIONAL SHIPPING!
Posted with eBay Mobile

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question


GET $30 BACK — eBay MasterCard advertisement. Apply Now.
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
AdChoice

Back to home page                                              Return to top

Related buying guides :   10 Reasons You Should Buy a Digital SLR Camera,   5 Must Have Tools for Your Video Camera Kit for Under $50,
Your Guide to Buying an 18 MP or Higher Camera,   Optical Digital Camera Zoom: Sample pics to help buyers,   CANON EF CLASSIC LENSES: Ten Discontinued Best Buys!

More to explore :   Polaroid Digital Camera,   New Polaroid Camera,   Polaroid Instant Camera White,   Nikon Digital Camera Lens,   Polaroid Z2300 Instant Digital Camera

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time   Preview new features
Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.