# EXHIBIT G



# Photo Rumors
*Photography news, before it happens*

| Home | Forum | eBay Finds | Book Store | Reviews | Current Rebates | Nikon Rumors | Leica Rumors | Send Tips |

Nexus 7 from $229
www.google.com/nexus
The 7" tablet from Google with the world's sharpest screen. Buy now.

## Polaroid to announce an Android based mirrorless interchangeable lens camera

By PR ADMIN | *Published:* DECEMBER 17, 2012

 Like  54   reddit



Polaroid is expected to announce the world's first compact, interchangeable lens, Android based, mirrorless camera. Here are the details:

- Model name: IM1836 (this is probably not the final name)
- Powered by Android 4
- 3.5" touchscreen
- 18.1MP sensor
- Pop-up flash
- Built-in Wi-Fi
- HDMI and headphones outputs
- Panorama, blink detection functions

**Update**: see also this related post.

For some reason, the Polaroid IM1836 looks identical to the Nikon 1 J2 mirrorless camera with the exception of the lens release button. Even the 30-110mm lens focal length corresponds to one of Nikon 1 lenses:



Search PhotoRumors.com

[Search]

Google™ Custom Search

**Send tips | news | rumors | guest post ideas**

*Categories*
- Adobe
- Alpa
- Amphibico
- Apple
- Aquatica
- Arca-Swiss
- BenQ
- Blackmagic
- Canon
- Casio
- Contax
- Cosina
- Deals
- Epson



Here is the description of the Polaroid mirrorless camera taken from the *Dealerscope* magazine:







SPECIAL ADVERTISING FEATURE

# CORPORATE PROFILE

to view song lyrics. The systems feature CD/CD+G graphics players, 20 track programmable memory, dual microphone jacks (for a duet!), built-in speaker systems and enhanced vocal effects.

Sakar has introduced a line of Polaroid-branded products, including Wi-Fi enabled cameras. Polaroid, in conjunction with Sakar International, is introducing the World's first compact interchangeable lens android camera, the IM1836. The Polaroid IM1836, powered by Android 4.0, features a user-friendly 3.5" touchscreen LCD display, 18.1 megapixel resolution, panoramic picture taking abilities, a pop-up flash and auto blink detection. Built-in Wi-Fi makes it easy to sync photos and share them via email or social media. Headphone and HDMI outputs and HD Video recording make this a true multi-media device! Additional Polaroid-branded products include bridge cameras, dual screen waterproof cameras, and camcorders.

- Eye-Fi
- Flip
- Franke & Heidecke
- Fuji
- Future of Photo Equipment
- GE
- GoPro
- Hasselblad
- Holga
- Hoya
- Ikelite
- JVC
- Kenko Tokina
- Kipon
- Kodak
- Komamura
- Konica Minolta
- Leaf
- Leica
- Lensbaby
- Lexar
- LG
- Lomography
- Lytro
- Mamiya
- Metz
- Minox
- Nauticam
- Nik Software
- Nikon
- Nissin
- Noktor
- Olympus
- Other
- Panasonic
- Pentax
- Phase One
- Phottix
- Pocket Wizard
- Polaroid
- PR reviews
- Red
- Ricoh
- Rokinon
- Rollei
- Rolleiflex
- Samsung
- Samyang
- SanDisk
- Schneider
- Sea&Sea
- SeaLife
- Sigma
- Sinar
- SLR Magic
- Sony
- Tamron
- ThinkTank Photo
- Tokina

- Top 10 Posts
- Topaz Labs
- Toshiba
- Vivitar
- Voigtlander
- Yasuhara
- Zeiss



### Links

- Sell your used equipment to Adorama for cash
- BorrowLenses
- Photojojo!
- Steele Training
- Download the PhotoRumors widget (Mac)

### Tags

3D 2013 CP+ show Canon EOS-M Canon EOS 5D Mark III Canon EVIL CES 2013 firmware Fujifilm X-Pro1 Fujifilm X10 Fujifilm X100 Fuji mirrorless Fuji X-E1 Fuji X100s Lunar Olympus E-M1 Olympus Micro Four Thirds (m4/3) Olympus OM-D Panasonic Lumix LX5 Patents Pentax 645D Pentax EVIL Pentax full frame DSLR Pentax K-01 Pentax K-5 Pentax K-7 Pentax NC-1 Photokina 2012 Photo Rumors giveaway pre-order price increase Rebates Ricoh GXR Roadmaps Samsung NX10 Samsung NX20 Samsung NX100 Samsung NX200 Sigma SD1 Sony a77 Sony A500 Sony A850 Sony EVIL Sony NEX 7 Sony NEX C3 camera To be discontinued...

---

Polaroid, in conjunction with Sakar International, is introducing the World's first compact interchangeable lens android camera, the IM1836. The Polaroid IM1836, powered by Android 4.0, features a user-friendly 3.5" touchscreen LCD display, 18.1 megapixel resolution, panoramic picture taking abilities, a pop-up flash and auto blink detection. Built-in Wi-Fi makes it easy to sync photos and share them via email or social media. Headphone and HDMI outputs and HD Video recording make this a true multi-media device! Additional Polaroid-branded products include bridge cameras, dual screen waterproof cameras, and camcorders.

Earlier this year, Polaroid announced the the world's first Android based HD smart camera:



Related posts:

1. This is the Polaroid IM1836 (Android based mirrorless interchangeable lens camera)
2. Polaroid iM1836: the first Android based mirrorless interchangeable lens camera is now official
3. The leaked Android based interchangeable lens camera to be announced at CES says Polaroid's CEO
4. Polaroid launches SC1630: the world's first Android HD smart camera



5. Samsung could be next to release an Android based digital camera

This entry was posted in *Polaroid* and tagged *Android*. Bookmark the *permalink*. Trackbacks are closed, but you can *post a comment*.

---

Used Camera Buyer 
Adorama.com/Used_Department
Adorama Buys & Sells Used Photo Equipment.

« *Fujifilm XF1 and X10 win 2013 iF Product Design Award*        *This is the Polaroid IM1836 (Android based mirrorless interchangeable lens camera)* »

- *Decm*
  I am going on record as saying that this will be rubbish.

  - *D5100 owner*
    looks like rubbish, and will have image quality subpar to rubbish

    - *drgradus*
      So, equivalent to the 1 series then?

  - *cheetah*
    regardless, its a good sign that the next gen samsung nx cameras would get android

- *http://twitter.com/ZDP189 Dan K*
  The other products shown (including the Nikon) don't exactly inspire confidence in the rumoured Polaroid camera

- *rychastings*
  does this use a propietary mount system or is it micro 4/3rds?

**More PhotoRumors Stories**
- Offline for two weeks
- What else is new?
- This "Pentax Open Day" scheduled in the UK on October 9th is most likely for the new K-3 DSLR camera
- Hasselblad lens price increase coming on October 1st
- First picture of the new Pentax K-3 DSLR camera
- Adobe announced Photoshop Elements 12, Premiere Elements 12
- Pentax K-3 rumored to be announced on October 8
- Samsung NX300m camera manual leaked online
- New Pentax K-3 leak and rumored specifications
- What else is new?
- Sony reassures that A mount will stay alive
- Canon EOS M2 camera references appear in DPP software
- Rumors: full frame Pentax DSLR, K-3 specs and a new DA 18-70mm f/2.8 lens
- MXCamera/DEO-Tech working on a full frame Sony NEX adapter, MFT drop-in filter adapter
- Photographer leaks pictures on Facebook taken with a new Sony NEX-7R camera
- First images of the upcoming Fuji XF 10-24mm f/4 R OIS and 56mm f/1.2 R lenses
- The new Nikon 1 AW1 is the world's first waterproof and shockproof interchangeable lens camera
- Nikon to announce the world's first waterproof mirrorless camera with interchangeable lenses
- Phottix announces Mitros+ TTL transceiver flash with built-in radio trigger
- The $9.99 per month Adobe Photoshop Photography Program is now live
- Deal of the day: $75 mail-in rebate for Rokinon 24mm lenses
- Adobe Camera Raw 8.2, Lightroom 5.2 released
- Announcement: Fujifilm X-A1 mirrorless camera, Fujinon XC 50-230mm f/4.5-6.7 OIS lens
- Phottix to announce new Mitros+ flash
- Samsung NX300M camera listed on several websites online

> *http://photorumors.com/ PhotoRumors*
> Not clear, maybe it will use Nikon 1 mount?
>
> > - *`/1nc3nt*
> >   If it's made in Russia. I think they have the chance to use Nikon 1 mount "legitimately"
>
> - *lensporn.net*
>   I can't imagine it being particularly good but you never know, it could have decent components inside it for all we know! And interesting apps could be written for it too. It could be a cheap way to experiment with cctv and cine lenses etc.
>
>   I can't tell if the resemblance to the Nikon is superficial or not, does anyone know if Nikon outsources the 1 series?
>
>   Also the more interchangeable lens cameras the better, just like the old days!

Back to top



Tweets by @photorumors

Disclaimer: PhotoRumors.com has no affiliation with any of the equipment manufacturers mentioned on this site. All trademarks and brands belong to their respective owners. Disclosure: PR is sponsored by companies and affiliate partners that display various advertising banners and links on this blog (see our Privacy Policy).
Want to advertise on PhotoRumors.com? Contact PR.
Copyright © 2009-2013 PhotoRumors.com

