# EXHIBIT H



TRENDING NOW
Twitter files for $1 billion IPO

12 NEW ARTICLES

LONGFORM   VIDEO   REVIEWS   TECH   SCIENCE   CULTURE   DESIGN   BUSINESS

PREVIOUS STORY
Facebook ordered to halt its real name policy by German privacy watchdog

NEXT STORY
Samsung drops Apple injunctions in Europe

GOOGLE | PHOTOGRAPHY

25 COMMENTS

# Is Polaroid really making an interchangeable-lens Android camera?

By Aaron Souppouris on December 18, 2012 06:35 am   Email   @AaronIsSocial

DON'T MISS STORIES   FOLLOW THE VERGE
Follow




HEADLINES

Rumors are gathering pace that Polaroid is about to launch a mirrorless interchangable-lens camera powered by Android. Recent months have seen both Nikon and Samsung release Android point-and-shoots, and Polaroid itself was touting its own Android wares at CES all the way back in January. Today's rumor, however, is of a very different product. Looking eerily like a Nikon 1 J series camera, the Polaroid IM1836 will pair an 18.1-megapixel sensor with an as-yet-unspecified interchangeable-lens system. It'll also have a 3.5-inch touchscreen, Android 4.0, a pop-up flash, Wi-Fi connectivity, and an HDMI-out port.

 Government shutdown causes employer confusion over new hires

 GTA Online fixes for PS3 and Xbox 360 rolling out today

 The voice of Siri is Susan Bennett, says CNN

 Brewery creates beer fermented with moon dust

 Choose your destiny in this 'Freaks and Geeks' YouTube game



The fact that the recently-released Nikon 1 J2 and IM1836 look so alike has led some to speculate that it's a repackaged and repurposed version of Nikon's interchangeable-lens system camera, and will accept the same lenses. Of course, these are just rumors, though; most of the specs are attached to the above picture, which was featured in industry magazine *Dealerscope* in a corporate profile on consumer electronics company Sakar. The fact that these images seem to have accidental leaked through a trade publication rather than an unknown blog does lend a modicum of weight to what would otherwise be a thoroughly shaky rumor. Either way, with CES just around the corner, we expect to hear some more about the Polaroid IM1836 soon.

| VIA | PETAPIXEL |
| SOURCE | PHOTO RUMORS |

RELATED ITEMS: RUMOR | SAMSUNG | CAMERA | ANDROID | NIKON | LEAK | ANDROID 4.0 | POLAROID | HDMI | IM1836 | INTERCHANGEABLE-LENS SENSOR | POLAROID | NIKON | INTERCHANGEABLE LENS

## LATEST *MEDIA*


**Snapchat 'Stories', Amazon, and Cue: 90 Seconds on The Verge**
about 15 hours ago     2 comments


**The Vergecast 096 - October 3rd, 2013**
about 18 hours ago     7 comments


**Amazon 3D phone patent illustrations**
about 18 hours ago     3 comments


**Sunrise 2.0 screenshots**
about 24 hours ago     2 comments


**Samsung Shape M7 photos**
1 day ago



## THE LATEST DISCUSSIONS

**GAMING**
Gaming Commentators?
41 minutes ago by InfiniteCrackers

**APPLE CORE**
Anyone else wonder...
about 1 hour ago by dark4181     4 comments

**GAMING**
Legend Online: Dragons!
about 1 hour ago by BombAppromotion

**META**
Where is Paul Miller?
about 1 hour ago by jettajon     2 comments

**APPLE CORE**
Updated Apple.com favicon

about 2 hours ago by votshtoy        5 comments

MICROSOFT TRIBE

**windows 8.1 vs mavericks**

about 3 hours ago by aerosidinc      23 comments

THE LENS

**Pics of new Fuji X30 - Leak or fake?**

about 3 hours ago by photron

MICROSOFT TRIBE

**2014 may be a hard year for WP8.**

about 3 hours ago by Juniorex       41 comments

GOOGLEPLEX

**The patent wars: what has the outcome been so far?**

about 4 hours ago by Vulk           2 comments

META

**Premature closing of a thread**

about 4 hours ago by ITNW           4 comments

ALL

### THE SECTIONS
Longform
Video
Reviews
Tech
Science
Culture
Design
Business
US & World

### THE BASICS
Site Status
About
Contact
Tip Us
Forums
Jobs
Mobile Site

### THE ELSEWHERE
 Facebook
 Twitter
 Google+
 Tumblr
 YouTube
 Instagram
 Subscribe



Ethics Statement - Community Guidelines
Terms of Use - Privacy Policy
v1.9.1, September 30, 2013

© 2013 Vox Media, Inc. All rights reserved.
Designed in collaboration with Code and Theory.