# EXHIBIT I

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | More |

Search Web    Mark    Mail

| NEWS HOME | U.S. | WORLD | BUSINESS | ENTERTAINMENT | SPORTS | TECH | POLITICS | SCIENCE | HEALTH | BLOGS | LOCAL | POPULAR |

Videos   Photos   Katie's Take   Weather   Who Knew?   The Upbeat   Newsmakers

# Leak reveals Polaroid's Android-powered camera with interchangeable lenses



By Raymond Wong | BGR News – Tue, Dec 18, 2012

Samsung's (005930) Galaxy Camera and Nikon's (NINOY) Coolpix S800c are just the beginning of a swath of Android-powered cameras. Newly leaked images and specs point to Polaroid reviving its camera business with what could be the world's first Android camera with interchangeable lenses. With no official name yet, the tentatively named IM1836 camera will reportedly feature a 18.1-megapixel sensor, 3.5-inch touchscreen, pop-up flash, Wi-Fi, HDMI and Android 4.0.

Polaroid Android Camera



Polaroid Android camera leak

[More from BGR: A guide to all the insane predictions made by Google's new engineering director]

The Galaxy Camera and Coolpix S800c do a fine job taking pictures that are considerably better than what you get from a smartphone, but they still can't match a mirrorless camera with a good lens. At first glance, Polaroid's camera looks to be a rebadged Nikon 1 J2, but the resemblance only runs skin deep, as *PhotoRumors* reports the camera only takes MicroSD cards.

[More from BGR: How not to fix Apple Maps]

Polaroid might not be a major player, but as more companies start incorporating Android into their cameras, there's going to be a shift in the features consumers expect from them. In the next few years, novelty features such as Wi-Fi, cellular data and photo editing apps will be the norm and we'll laugh at how we ever lived without them.

This article was originally published by BGR



**WE RECOMMEND**

- Five dead, including three children, in Texas murder-suicide:…
- Family Won't Pay Deadbeat Dad's Cremation Expenses
- Homeless man stabs five, including toddler, in New York park
- Slave descendants fighting tax hikes on Ga. coast
- Missouri couple charged with decades-old murders of spouses
- WWII comfort women: the pain that time cannot

**MORE FROM AROUND THE WEB**

- Danger Pays: 6 Deadly Jobs that Bring Home Big Bucks (Monster)
- Top 10 Casino Resorts (Resorts and Lodges)
- Vanessa Williams' Surprising DNA Test (Ancestry.com)
- 10 Great Small Cities for Retirement (AARP)
- Ever Wonder How Cruise Lines Fill Unsold Cabins? This may surprise… (Lifestyle Journal)
- Rosie O'Donnell Is Buying Olivia Newton-John's Florida Estate For… (Lonny Magazine)

heal

## EXPLORE RELATED CONTENT

- How to stop Google from knowing every single Wi-Fi password you …
- BBM for Android download leaks ahead of supposed launch this …
- New app brings NSA-proof messaging to Android
- NVIDIA reveals Tegra Note, a Tegra 4 powered tablet for $199
- LG 'G Pro Lite Dual' entry-level smartphone supposedly leaks …
- Leaked Nexus 5 benchmarks have new Nexus dominating Android …
- Leaked Nexus 5 benchmarks have new Nexus will dominating Android …

First Look: Samsung Galaxy Gear
TheStreet.com Videos

Samsung Galaxy Admire 2 pumps up the …
CBSTV Videos

Of Course Samsung Is Now Making A Gold …
Wochit



## MORE TECH NEWS

- Apple iPad Mini with sharper display faces delay
- FBI shuts alleged online drug marketplace, Silk Road
- California outlaws 'revenge porn' in first-of-its-kind legislation
- Bitcoin sinks in value after FBI busts Silk Road drug market
- Delayed take-off: China cautious on large aircraft program
- Twitter avoids U.S. antitrust scrutiny over MoPub acquisition
- Target's Brightspot mobile service launches Sunday, starts at $35 per month

**YAHOO NEWS**

| News Home | Politics |
| U.S. | Science |
| World | Health |
| Business | Blogs |
| Entertainment | Local |
| Sports | Popular |
| Tech | |

All Yahoo News »

**ALSO ON YAHOO**

| Autos | Movies | Travel |
| Finance | Music | TV |
| Games | omg! | Y! News RSS |
| Groups | Shine | Y! News Alert |
| Health | Shopping | |
| Maps | Sports | |

All Yahoo »

**TRENDING NOW**

1. I-40 crash
2. Casey Kasem
3. Gina Carano
4. North Korea threat
5. Saturn moon Titan
6. NeNe Leakes
7. Malin Akerman
8. Paramount layoff
9. Blizzident toothbrush
10. Silk Road shut down

Yahoo - ABC News Network    Help / Suggestions    Privacy    About Our Ads    Terms