# EXHIBIT J





HOME | STAFF BIO AND CONTACT INFO | DISCLAIMER | REVIEWS INDEX | FEATURES | LEARN | NEWS | USEFUL PHOTOGRAPHY TIP

# Sakar Remakes The Nikon J1 With a Polaroid Logo

by PETER WALKOWIAK on 01/08/2013

 15

GOOGLE CUSTOM SEARCH

 



Well, the people who bought the rights to use Polaroid's name continue to tarnish it. Today "Polaroid" announced three new cameras, two with interchangeable lenses and one bridge camera. Even though only three were announced, it seems like tech articles all around are confused by the model names (Gizmodo and The Verge are incorrect). As well as the abilities of them mixed up, most don't even mention the third bridge model (but who really cares, anyway). The above model is the Polaroid iM1836 and it is the very first interchangeable-lens Android camera. It runs the latest flavor of the mobile OS (Jelly Bean) and will come in the shape of a Nikon J1. Polaroid was actually the very first company to announce am Android camera but they never released it, we shall see if this one makes it onto shelves.









This is the second camera released by Polaroid and it is correctly named the iM1030. I just finished laughing at

the video of this camera over at the hands-on that The Verge did. They commented on the crappy build quality of the camera and how it is made of the worst kind of cheap plastic. This model does not include Android and instead a normal camera menu and layout.

Both of the cameras I'm sure are possibly the worst photography investment you could make — because we all know you get what you pay for. Without an official press release that I can see from the company formally known as Polaroid, there is a lot of skewed information from blogs and from what I have read the reps aren't much help. Sensor size is unknown, and many are assuming that since it resembles a Nikon 1 series camera then it must have the same sensor. It may but there are no official specs. There are also mumblings about there being APS-C and MFT adapters in the works for the camera.

The cameras are either priced at $350 or $400 depending on which source you choose to read. The cameras are pre-production prototypes but I hope Sakar (the company behind the cameras) can fine tune these a bit to bring at least a little dignity to Polaroid's name.



Oh yes! That third model that everyone has been dying to see (sarcasm)! This is the IS2433 and it is a 24x mega zoom with a 16mp CMOS from Sony. This little guy seems the best of the bunch but otherwise is quite a boring addition. At the price of $200 hopefully it will find a good home instead of growing old on a shelf. Read more about this and the others over at Digital Camera Info.

## Please Support The Phoblographer

We love to bring you guys the latest and greatest news and gear related stuff. However, we can't keep doing that unless we have your continued support. If you would like to purchase any of the items mentioned, please do so by clicking our links first and then purchasing the items as we then get a small portion of the sale to help run the website.

Also, please follow us on Facebook, Flickr and Twitter.

  15

   
The Best Eyes You've    Always Losing Things?    The Truth Behind    This Running Water Art


 





The Phoblographer Groups



Daily Popular

Review: Leica X Vario (Typ 107)

Review: Olympus OMD EM1 (Micro Four Thirds) (Slightly NSFW)

Five Necessities for the New Strobist

Review: Olympus 12-40mm f2.8 (Micro Four Thirds)

Reviews Index

7 Tips for Sharper Photographs

Tenba's New Messenger DNA Camera Bags Are Trying to...

Review: Nokia Lumia 925

High ISO Comparison: Olympus OMD EM1 vs OMD EM5 (JPEGs)

Leica Announces New 45mm f2.8 S System Lens That None of Us...

Ever Seen? | Then Get Bluetooth Stickers | eCigarettes Finally Released | is Unbelievably Real

(Visited 2,285 times, 3 visits today)

Tagged as: android, camera, ces 2013, ILC, polaroid

PREVIOUS POST: Here is the New Wide Angle 1 Series Lens from Nikon and the Confused 10-100mm Zoom

NEXT POST: Vanguards New Pistol Grip Ball Head Says "I'll Never Let Go Jack!"

## Subscribe to Blog via Email

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email Address

Subscribe

## Get The Latest News

 Subscribe Now!




Apple Did It Again!


iPhone 5c Will Be The First iPhone Without...


Hidden Features Of iPhone 5


One Thing Apple Still Hides About iOS 7



Copyright © 2008–2013
WordPress Admin